UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Case No.  06-cr-97-01/06-SM

<u>Edward Cervantes Arias,</u>
<u>Jose Luis Alsina-Ortiz,</u>
<u>Leslie B. Smith, Allen R. Hall,</u>
<u>Allen R. Bailey and Terri Hodgkins</u>

### O R D E R

Defendant Terri Hodgkins's motion to continue the final pretrial conference and trial is granted (document 46).  Trial has been rescheduled for the June 2007 trial period.  Defendant Hodgkins shall file a waiver of speedy trial rights not later than January 30, 2007.  On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  February 22, 2007 at 11:30 a.m.

**Jury Selection**:  June 5, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

January 22, 2007

cc:   Paul Garrity, Esq.
      Stanley Norkunas, Esq.
      Paul Pappas, Esq.
      Richard N. Foley, Esq.
      Jose A. Espinosa, Esq.
      Michael Sheehan, Esq.
      Clyde R.W. Garrigan, AUSA
      US Probation
      US Marshal