UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                                Case No.  06-cr-97-01/06-SM

<u>Edward Cervantes Arias,</u>
<u>Jose Luis Alsina-Ortiz,</u>
<u>Leslie B. Smith, Allen R. Hall,</u>
<u>Allen R. Bailey and Terri Hodgkins</u>

### O R D E R

Defendant Terri Hodgkins's motion to continue the final pretrial conference and trial is granted (document no. 68).  Trial has been rescheduled for the September 2007 trial period.  Defendant Hodgkins shall file a waiver of speedy trial rights not later than May 21, 2007.  On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   August 24, 2007 at 10:30 a.m.

**Jury Selection**:  September 5, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

May 11, 2007

cc:  Paul Garrity, Esq.
     Stanley Norkunas, Esq.
     Paul Pappas, Esq.
     Richard N. Foley, Esq.
     Jose A. Espinosa, Esq.
     Michael Sheehan, Esq.
     Clyde R.W. Garrigan, AUSA
     US Probation
     US Marshal