UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

   v.         Case No.  06-cr-97-01-03/06-SM

Edward Cervantes Arias,
Leslie B. Smith, Allen R. Hall,
Allen R. Bailey and Terri Hodgkins

O R D E R

  Defendant Terri Hodgkins's motion to continue the final pretrial conference and trial  is granted  (document  no. 74).   Defendant Hodgkins has filed a waiver of speedy trial.  Trial has been rescheduled for the December 2007 trial period.

  The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

  **Final Pretrial Conference:**   November  26, 2007 at 2:00 p.m.

  **Jury Selection**:  December 4,  2007 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

August 27, 2007

cc: Paul Garrity, Esq.
Stanley Norkunas, Esq.
Paul Pappas, Esq.
Richard N. Foley, Esq.
Jose A. Espinosa, Esq.
Michael Sheehan, Esq.
Clyde R.W. Garrigan, AUSA
US Probation
US Marshal