UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                    Case No.  06-cr-97-3-4-6-SM

Leslie B. Smith, Allen R. Hall,
and Terri Hodgkins

O R D E R

Defendant Terri Hodgkins has filed a motion to continue the final pretrial conference and trial  (document  no. 92).  Trial has been rescheduled for the April  2008 trial period.   Defendants Hodgkin  and Smith shall file a waivers of speedy trial rights not later than February 4, 2008.   On the filing of such waiver, her continuance shall be effective.  No further continuances absent extraordinary justification.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   March 18, 2008 at  4:00 p.m.

**Jury Selection**:  April 1, 2008 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

January 25, 2008

cc:   Paul Garrity, Esq.
      Stanley Norkunas, Esq.
      Paul Pappas, Esq.
      Jose A. Espinosa, Esq.
      Michael Sheehan, Esq.
      Clyde R.W. Garrigan, AUSA
      US Probation
      US Marshal